Case 4:24-cr-00579   Document 1   Filed on 11/07/24 in TXSD   Page 1 of 5

United States Courts
Southern District of Texas
FILED
*November 07, 2024*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CRIMINAL NO. **4:24-cr-00579** |
| DANIAL STARR<br>MATTHEW JONES<br>CALVIN DESHAZO<br>PATRICK NORMAN, | § § § § § § | |
| **Defendants** | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times material to this Indictment, currency and goods related to the businesses of **Spring Smoke Shop**, **Elevate Smoke Shop**, **BFL Liquor**, and **Smoker's Cave** are shipped in interstate commerce and affect interstate commerce.

### COUNT ONE

Title 18, United States Code, § 1951(a)
Aiding and Abetting Interference with Commerce by Robbery

On or about January 27, 2024, in the Houston Division of the Southern District of Texas,

**DANIAL STARR**
**MATTHEW JONES**
**CALVIN DESHAZO**

aiding and abetting others known and unknows to the Grand Jury, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of **Spring Smoke Shop**, which was in the possession and custody of an employee of **Spring Smoke Shop**, namely, United States currency, by

1

means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items, in violation of Title 18, United States Code, § 1951(a).

## COUNT TWO

Title 18, United States Code, § 924(c)(1)(A)(ii) and 2
Aiding and Abetting Using and Carrying a Firearm during and in
Relation to a Crime of Violence

On or about January 27, 2024, in the Houston Division of the Southern District of Texas,

**DANIAL STARR**
**MATTHEW JONES**
**CALVIN DESHAZO**

did, aiding and abetting others known and unknown to the Grand Jury, knowingly carry and brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that being **Interference with Commerce by Robbery under Count One of this indictment**, in violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and 2.

## COUNT THREE

Title 18, United States Code, § 1951(a)
Aiding and Abetting Interference with Commerce by Robbery

On or about January 27, 2024, in the Houston Division of the Southern District of Texas,

**DANIAL STARR**
**MATTHEW JONES**
**CALVIN DESHAZO**

did aiding and abetting others known and unknown to the Grand Jury, unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of **Elevate Smoke Shop**, which was in the possession and custody of an employee of **Elevate Smoke Shop**, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items, in violation of Title 18, United States Code, § 1951(a).

## COUNT FOUR

Title 18, United States Code, § 924(c)(1)(A)(ii) and 2
Aiding and Abetting Using and Carrying a Firearm during and in
Relation to a Crime of Violence

On or about January 27, 2024, in the Houston Division of the Southern District of Texas,

**DANIAL STARR**
**MATTHEW JONES**
**CALVIN DESHAZO**

did, aiding and abetting others known and unknown to the Grand Jury, knowingly carry and brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that being **Interference with Commerce by Robbery under Count Three of this indictment**, in violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and 2.

## COUNT FIVE

Title 18, United States Code, § 1951(a)
Aiding and Abetting Attempted Interference with Commerce by Robbery

On or about January 27, 2024, in the Houston Division of the Southern District of Texas,

**DANIAL STARR**
**MATTHEW JONES**
**CALVIN DESHAZO**

did, aiding and abetting others known and unknown to the Grand Jury, attempt to unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully attempt to take and obtain the property of **BFL Liquor**, which was in the possession and custody of an employee of **BFL Liquor**, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items, in violation of Title 18, United States Code, § 1951(a).

## COUNT SIX

Title 18, United States Code, § 1951(a)
Aiding and Abetting Interference with Commerce by Robbery

On or about January 27, 2024, in the Houston Division of the Southern District of Texas,

**DANIAL STARR**
**MATTHEW JONES**
**CALVIN DESHAZO**

did, aiding and abetting others known and unknown to the Grand Jury, unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of **Smoker's Cave**, which was in the possession and custody of an employee of **Smoker's Cave**, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items, in violation of Title 18, United States Code, § 1951(a).

## COUNT SEVEN

Title 18, United States Code, § 924(c)(1)(A)(ii) and 2
Aiding and Abetting Using and Carrying a Firearm during and in
Relation to a Crime of Violence

On or about January 27, 2024, in the Houston Division of the Southern District of Texas,

**DANIAL STARR**
**MATTHEW JONES**
**CALVIN DESHAZO**

did, aiding and abetting others known and unknown to the Grand Jury, knowingly carry and brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that being **Interference with Commerce by Robbery under Count Six of this indictment**, in violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and 2.

## COUNT EIGHT

Title 18, United States Code, § 1951(a)
Aiding and Abetting Interference with Commerce by Robbery

On or about January 29, 2024, in the Houston Division of the Southern District of Texas,

**DANIAL STARR**
**PATRICK NORMAN**

did, aiding and abetting others known and unknown to the Grand Jury, unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of **Spring Smoke Shop**, which was in the possession and custody of an employee of **Spring Smoke Shop**, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items, in violation of Title 18, United States Code, § 1951(a).

## COUNT NINE

Title 18, United States Code, § 924(c)(1)(A)(ii) and 2
Aiding and Abetting Using and Carrying a Firearm during and in
Relation to a Crime of Violence

On or about January 29, 2024, in the Houston Division of the Southern District of Texas,

**DANIAL STARR**
**PATRICK NORMAN**

did, aiding and abetting others known and unknown to the Grand Jury, knowingly carry and brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that being **Interference with Commerce by Robbery under Count Eight of this indictment**, in violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and 2.

A TRUE BILL:

*Original Signature on File*
FOREMAN OF THE GRAND JURY

ALAMDAR S. HAMDANI
United States Attorney

BY: *Francisco J. Rodriguez*
Francisco J. Rodriguez
Assistant United States Attorney

5